IN THE UNITED STATES DISTRICT COURT'
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL UNION NO. 226 I.B.E.W. OPEN END ) <br> PENSION TRUST, a Trust Fund; and SHAWN ) <br> SMITH and ROBERT BAUSCH, Trustees of Local ) <br> Union 226 I.B.E.W. Open End Pension Trust; and ) <br> LOCAL UNION NO. 226 I.B.E.W. OPEN END ) <br> HEALTH & WELFARE TRUST, a Trust Fund; and) <br> SHAW SMITH and ROBERT BAUSCH, Trustees ) <br> Of Local Union No. 226 I.B.E.W. Open End Health ) <br> & Welfare Trust, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MAY ELECTRIC, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 21-CV-02062 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**COMES NOW,** the Defendant, May Electric, Inc., by and through counsel, and submits this Unopposed Motion for Extension of Time requesting an order extending the deadline of an additional 30 days up to and including **June 16, 2021** to answer or otherwise respond to Plaintiffs' Complaint. In support of said motion, Defendant states as follows:

1. The current deadline for Defendant to reply to Plaintiffs' Complaint is May 17, 2021.

2. Defendant previously obtained a 14-day clerks' extension and a 45-day extension to time to answer or otherwise respond to the Complaint.

3. The parties are still engaged in settlement discussions to resolve all issues set forth in the Complaint. Defendant's counsel reasonably believes the instant extension will aid judicial economy.

4. Defendant's counsel contacted Plaintiffs' counsel regarding this requested extension and Plaintiffs' counsel has agrees to the additional time requested.

5. The granting of this additional time will not prejudice the rights of any of the parties hereto.

**WHEREFORE,** Defendant respectfully requests an order extending the deadline up to and including **June 16, 2021** to reply to the Plaintiffs' Complaint.  A proposed order is submitted for the Court's review and consideration.

Respectfully Submitted,

 s/ *Timothy D. Resner*
Timothy D. Resner, #25064
tresner@fflawllp.com
FRIEDEN & FORBES, LLP
1414 S.W. Ashworth Place, Suite 201
Topeka, Kansas 66604
785.354.1100
785.354.1113 (facsimile)
**ATTORNEYS FOR DEFENDANT, MAY ELECTRIC, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send a notice of electronic filing to the following:

Bradley J. Sollars
Aaron D. Schuster
ARNOLD, NEWBOLD, SOLLARS &
HOLLINS, P.C.
1100 Main St., Suite 2001
Kansas City, MO  64105
bjsollars@a-nlaw.com
adschuster@a-nlaw.com
**ATTORNEYS FOR PLAINTIFFS**

              s/ *Timothy D. Resner*
              Timothy D. Resner, #25064