**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| I.B.E.W. LOCAL UNION NO. 226 OPEN END PENSION FUND, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>**MAY ELECTRIC, INC.** )<br><br>Defendant. ) | )<br>)<br>)<br>)<br>)<br>) No. 4:21-cv-02062-HLT-TJJ<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the within cause against defendant May Electric, Inc. be dismissed **with prejudice**, with each party bearing their own costs. The parties further stipulate that this Court shall retain jurisdiction over the Release and Settlement Agreement between the parties for purposes of enforcement of its terms.

| | |
|---|---|
| ARNOLD, NEWBOLD, SOLLARS & HOLLINS P.C. | FRIEDEN AND FORBES, LLP |
| */s/ Bradley J. Sollars*<br>Bradley J. Sollars<br>1100 Main Street, Suite 2001<br>Kansas City, Missouri 64105<br>Telephone:   (816) 421-5788<br>Facsimile:    (816) 471-5574<br>bjsollars@anwjpc.com<br>*Attorney for Plaintiffs* | */s/ Timothy D. Resner*<br>Timothy D. Resner<br>FRIEDEN AND FORBES, LLP<br>1414 SW Ashworth Pl, Suite 201<br>Topeka, KS 66604<br>Telephone:  (785) 354-1100<br>Facsimile:   (785) 354-1113<br>tresner@fflawllp.com<br>*Attorney for Defendant* |